ALBANY,
August, 1808.

Minturn and
Champlin
v.
Phelps.

On a motion for
a judgment as
in case of non-
suit, the affida-
vit must state
in what coun-
ty the *venue* is
laid.

## Minturn and Champlin *against* Phelps.

Where the de-
fendant, having
been surren-
dered by his
bail, and lain
more than three
months in pri-
son, without
being charged
in execution,
obtains a rule
to show cause
why a *superse-
deas* should not
be awarded, if
the plaintiff, af-
ter service of
the rule, and
before the
time assigned
to show cause,
charges the de-
fendant in exe-
cution, he may
show that for
cause, and it
will be suffi-
cient to prevent
a *supersedeas.*

A JUDGMENT was obtained in this cause, in *May*, 1807. A *ca. sa.* was issued to the sheriff of the city and county of *New-York*, on the 14th day of *July*, 1807, which was returned in *August*, not found. The defendant was regularly surrendered by his bail in *Ontario* county, on the 4th of *August*, 1807, and has since remained in custody. A rule was granted by the recorder of *New-York*, for the plaintiffs to show cause before him on the 9th day of *July* last, why a *supersedeas* should not issue to discharge the defendant, as he had been in custody above three months, on the surrender, without being charged in execution. On the day appointed to show cause, the plaintiff's attorney issued a *ca. sa.* directed to the sheriff of *Ontario* county, and inclosed it to him in a letter, which was put into the post-office, in the city of *New-York*, before the hour at which cause was to be shown. At the hour appointed, the parties appeared, and the plaintiffs showed for cause, that a *ca. sa.* had been actually issued against the defendant, and sent to the sheriff of *Ontario* county;

on which the judge refused to grant the *supersedeas*. On an appeal from this decision to the court, a motion was now made, on the above statement of facts, for a *supersedeas*.

*Harison*, for the plaintiffs.

*Johnson*, for the defendant.

*Per Curiam.* In *Brantingham's* case, (*Cole. Cases*, 42. *July* term, 1796.) the plaintiff, after an application for a *supersedeas*, and before the time of appearance before the judge, charged the defendant in execution, and then, on the hearing, showed that for cause; and all the judges held it to be sufficient. They were of opinion that the intent of the statute was to enable the defendant to put the plaintiff to his election, either to take the person of the defendant in execution, or to resort to his estate. The present case comes within the reason of that decision. The court are, therefore, of opinion, that the *supersedeas* ought to be refused.

Rule refused.